UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 2:16-cr-00291 |
| | * | 18 U.S.C. § 201(b)(2) |
| | * | |
| VERSUS | * | JUDGE MINALDI |
| | * | |
| BILLIE HOLMES            (01) | * | MAGISTRATE JUDGE KAY |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

## BRIBERY OF A PUBLIC OFFICIAL

### 18 U.S.C. § 201

Beginning on or about the 1st day of September 2014, and continuing until the 22nd day of May 2015, the exact dates being unknown, in the Western District of Louisiana and elsewhere, the defendant, BILLIE HOLMES, herein a public official, employed as an Education Contractor by the United States Bureau of Prisons, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept, something of value personally, in return for being influenced to do an act in violation of her

1

official duty; that is accept money in exchange for smuggling contraband items, including cell phones and tobacco, into the Federal Corrections Institution at Oakdale, a federal prison; provide contraband to inmates; and permit inmates to possess such contraband, all in violation of Title 18, United States Code, Section 201(b)(2). [18 U.S.C. § 201(b)(2)].

Respectfully submitted,

STEPHANIE A. FINLEY
United States Attorney

ROBERT F. MOORE, LA Bar: 31884
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: 337-262-6618