RECEIVED
JAN 1 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-cr-291 |
| VERSUS | : | JUDGE MINALDI |
| BILLIE A. HOLMES | : | MAGISTRATE JUDGE KAY |

### ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 17 day of January, 2017.

**DEE D. DRELL**
Chief Judge